MARYLIN JENKINS (SBN 89832)
MARYLIN JENKINS ATTORNEY AT LAW PC
4688 W Tangerine Rd No. 6206
Marana AZ  85658
mjattypc@gmail.com
Tel: (415) 450-8083
Fax: (415) 785-7410

Attorneys for Defendant
BARLEAN'S ORGANIC OILS, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TESTONE, COLLIN SHANKS, and LAMARTINE PIERRE, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>BARLEAN'S ORGANIC OILS, LLC,<br><br>Defendant. | Case No. 19CV0169 JLS BGS<br><br>CLASS ACTION<br><br>**DEFENDANT'S EX PARTE APPLICATION TO STAY CASE UNTIL DEFENDANT'S MOTION TO DISQUALIFY HAS BEEN DECIDED**<br><br>[TO BE SUBMITTED]<br><br>Judge: Hon. Janis L. Sammartino<br>Magistrate: Hon. Bernard G. Skomal |

Defendant Barlean's Organic Oils, LLC ("Barlean's") hereby moves ex parte for a stay of this case until its Motion to Disqualify Plaintiffs and to Disqualify

**DEFENDANT'S EX PARTE APPLICATION TO STAY CASE**
1

Plaintiffs' Counsel [ECF 50] ("the Motion to Disqualify") has been heard on July 9, 2020, and determined by the Court.

The Motion to Disqualify is made on the following grounds:

1. each of the plaintiffs made material false statements in his deposition.
2. none of the named plaintiffs is therefore an adequate representative for the putative classes each claims to represent;
3. plaintiffs' counsel, knowing that plaintiffs' statements were false, failed to correct or otherwise remedy those false statements; or, being unable to convince plaintiffs to correct the false statements, resign from the representation of plaintiffs.
4. plaintiffs' counsel thus violated Rules 1.2 and 3.3 of the California Rules of Professional Conduct, and they are therefore not adequate counsel for the putative classes in this matter.

The scheduling order currently in place in this matter requires that Barlean's produce witness(es) for 30(b)(6) depositions by June 16, 2020. The current discovery cutoff is June 24, 2020 , and the deadline for filing the motion for class certification is July 24, 2020.

If this case is not stayed pending determination of the Motion to Disqualify:

1. many of the same arguments will need to be repeated in the motion for class certification process, wasting both the Court's time and the parties' resources;
2. the parties will have to retain and prepare expert witnesses for the purposes of the class certification process, all of which may have to be redone with new plaintiffs, and with entirely new work by those experts;

3. the discovery cutoff will have to be reset so that Barlean's will be able to take the depositions of substitute plaintiffs, if current plaintiffs are subsequently disqualified; and,

4. if new counsel is required, the 30(b)(6) depositions may be noticed again, even if as individual witnesses. .

Barlean's respectfully requests that this matter should be stayed while the Court decides the Motion to Disqualify so that the continued 30(b)(6) deposition of defendant, the discovery cutoff, and the filing of the motion for class certification are held in abeyance until the Court determines whether this matter may proceed with present plaintiffs and/or present counsel.

DATED:  May 26, 2020                                        Respectfully submitted,

_____
Marylin Jenkins
Attorneys for Defendant
BARLEAN'S ORGANIC OILS, LLC

**DEFENDANT'S EX PARTE APPLICATION TO STAY CASE**
3