**THE LAW OFFICE OF
PAUL K. JOSEPH, PC**
PAUL K. JOSEPH (SBN 287057)
*paul@pauljosephlaw.com*
3150 Cabrillo Bay Ln.
San Diego, CA 92110
Phone: (619) 767-0356
Fax: (619) 331-2943

**THE LAW OFFICE OF
JACK FITZGERALD, PC**
JACK FITZGERALD (SBN 257370)
*jack@jackfitzgeraldlaw.com*
TREVOR M. FLYNN (SBN 253362)
*trevor@jackfitzgeraldlaw.com*
MELANIE PERSINGER (SBN 275423)
*melanie@jackfitzgeraldlaw.com*
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Phone: (619) 692-3840
Fax: (619) 353-0404

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TESTONE, COLLIN SHANKS, and LAMARTINE PIERRE, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>BARLEAN'S ORGANIC OILS, LLC,<br><br>Defendant. | Case No: 3:19-cv-00169-JLS-BGS<br><br>**NOTICE OF PLAINTIFFS' RULE 11 MOTION FOR SANCTIONS**<br><br>Judge: Hon. Janis. L. Sammartino<br>Date: July 30, 2020, 1:30 p.m.<br><br>[Fed. R. Civ. P. 11(a)-(c)]<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, on a date to be obtained from the Court, before the Honorable Janis L. Sammartino, Plaintiffs Michael Testone, Collin Shanks, and LaMartine Pierre will and hereby do move the Court for an Order pursuant to Rule 11(c) sanctioning Defendant Barlean's Organic Oils, LLC, and its counsel, Marylin Jenkins.

This motion is based on this Notice of Motion; the concurrently-filed Memorandum of Points and Authorities; the supporting Declaration Jack Fitzgerald ("Fitzgerald Decl.") and all exhibits thereto; all prior pleadings and proceedings in the matter; and all other evidence and written and oral argument that will be submitted in support of the motion.

More than 21 days before filing this Motion, on May 28, 2020, Plaintiffs served on Barlean's substantially identical copies of the Motion (including the Notice of Motion, Memorandum, Fitzgerald Declaration with exhibits, and Proposed Order) by emailing the same to its counsel, Ms. Jenkins.[1] Fitzgerald Decl. ¶ 2. Thus, Plaintiffs have provided Barlean's the "safe harbor" period required under Fed. R. Civ. P. 11(c)(2).

Dated: June 19, 2020          Respectfully submitted,

/s/ Jack Fitzgerald

**THE LAW OFFICE OF JACK FITZGERALD, PC**
JACK FITZGERALD
*jack@jackfitzgeraldlaw.com*
TREVOR M. FLYNN
*trevor@jackfitzgeraldlaw.com*
MELANIE PERSINGER
*melanie@jackfitzgeraldlaw.com*
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Phone: (619) 692-3840

---

[1] The only difference in the copies served on Barleans and those filed are that the filed version includes on the cover page the hearing date obtained from the Court.

**THE LAW OFFICE OF PAUL K. JOSEPH, PC**
PAUL K. JOSEPH
*paul@pauljosephlaw.com*
3150 Cabrillo Bay Ln.
San Diego, CA 92110
Phone: (619) 767-0356
Fax: (619) 331-2943

*Counsel for Plaintiffs*