**THE LAW OFFICE OF**
**PAUL K. JOSEPH, PC**
PAUL K. JOSEPH (SBN 287057)
*paul@pauljosephlaw.com*
3150 Cabrillo Bay Ln.
San Diego, California 92110
Phone: (619) 767-0356
Fax: (619) 331-2943
**THE LAW OFFICE OF**
**JACK FITZGERALD, PC**
JACK FITZGERALD (SBN 257370)
*jack@jackfitzgeraldlaw.com*
TREVOR M. FLYNN (SBN 253362)
*trevor@jackfitzgeraldlaw.com*
MELANIE PERSINGER (SBN 275423)
*melanie@jackfitzgeraldlaw.com*
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Phone: (619) 692-3840
Fax: (619) 353-0404
***Counsel for Plaintiffs and the Proposed Class***

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL TESTONE, COLLIN SHANKS, and LAMARTINE PIERRE, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>BARLEAN'S ORGANIC OILS, LLC<br><br>Defendant. | Case No: 19-cv-0169-JLS-BGS<br><br>**DECLARATION OF PAUL K. JOSEPH IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Janis L. Sammartino<br>Hrg. Date: May 20, 2021<br>Time: 1:30pm<br>Courtroom: 4D – 4th Floor |

I, Paul K. Joseph, declare as follows:

1. I am a member in good standing of the State Bar of California and of the United States District Courts for the Northern, Central, Eastern, and Southern Districts of California. I make this Declaration based on my own personal knowledge in support of Plaintiffs' Motion for Class Certification.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the transcript of the December 19, 2019 deposition of defendant Barlean's Organic Oils, LLC ("Barlean's"), given through its designated corporate representative, John Puckett ("Puckett 30(b)(6) Dep. Tr.").

3. Attached hereto as Exhibit 2 is a true and correct copy of Barlean's Third Supplemental Responses to Interrogatories 1, 5, and 7 of Plaintiffs' First Set of Interrogatories.

4. Attached hereto as Exhibit 3 is a document summarizing and compiling the proofs for the labeling and packaging of Barlean's Virgin, Culinary, and Butter Flavored Coconut Oils that Barlean's produced in this action either in response to requests for production or interrogatories, and which are dated on or after approximately the beginning of the Class Period. For each Coconut Oil variety, the labeling claims brought on behalf of the Classes are contained in the Tables on pages 31, 40, and 46, respectively.

5. Attached hereto as Exhibit 4 is a true and correct copy of a document produced by Barlean's, bearing production numbers BAR26867-68.

6. Attached hereto as Exhibit 5 is a true and correct copy of a document produced by Barlean's, bearing production numbers BAR53603-20.

7. Attached hereto as Exhibit 6 is a true and correct copy of a document produced by Barlean's, bearing production number BAR340.

8. Attached hereto as Exhibit 7 is a true and correct copy of a document produced by Barlean's, bearing production number BAR3090.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the

transcript of the October 14, 2019 deposition of Collin Shanks.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the transcript of the October 15, 2019 deposition of Michael Testone.

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the transcript of the October 13, 2019 deposition of LaMartine Pierre.

12. Attached hereto as Exhibit 11 is a true and correct copy of documents produced by Barlean's, bearing production numbers BAR19183-84.

13. Attached hereto as Exhibit 12 is a true and correct copy of a document produced by Barlean's, bearing production number BAR3121.

14. Attached hereto as Exhibit 13 is a true and correct copy of a document produced by Barlean's, bearing production numbers BAR53783-89.

**The Adequacy of the Law Office of Paul K. Joseph, PC and the Law Office of Jack Fitzgerald, PC to Act as Class Counsel**

15. The Law Office of Paul K. Joseph, PC ("LOPJ") and The Law Office of Jack Fitzgerald, PC ("LOJF") jointly represent Plaintiffs Michael Testone, Collin Shanks and Lamartine Pierre and have served together as co-counsel since this case was first filed in January 2019. Our firms have worked closely together on this case and both firms have been intimately involved in all aspects of this case from its inception—in essence working as a single team.

16. Further, since 2015 both firms have worked vigorously together on numerous other cases involving false and misleading health claims on food products. The firms' resumes summarizing their experience and the experience of their attorneys are attached hereto as Exhibit 14 and Exhibit 15.

17. The firms work together includes work on several other coconut oil class actions since 2015. In doing so the firms have gained intimate familiarity with the scientific evidence regarding coconut oil's harmful health effects, and the governing nutrient content regulations.

18. Four of these other coconut oil cases have resulted nationwide settlements that

have already been fully approved by the courts: *Hunter v. Nature's Way*, 2020 WL 71160 (S.D. Cal. Jan. 6, 2020); *Boswell et al. v. Costco Wholesale Corporation, et al.*, No. 8:16-cv-00278-DOC (C.D. Cal.); *Cumming v. BetterBody Foods & Nutrition, LLC*, No. 37-2016-19510-CU-BT-CTL (San Diego Sup. Ct.); *Ducorsky v. Premier Organics*, No. HG16801566 (Alameda Sup. Ct.).

19. Both prior to filing, and during the time that this case has been pending, LOPJ and LOJF have shared the work in this matter in a complementary manner. I consider the work performed and resources invested by LOJF in helping to vigorously prosecute this case to be indispensable in this matter.

20. LOPJ and LOJF counsel have no conflicts of interest in this matter and are devoted to obtaining the best results for the class and has invested substantial resources in this matter.

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct to the best of my knowledge.

Executed this 1st day of March, 2021, in San Diego, California.

By: /s/ Paul K. Joseph
Paul K. Joseph

| Exhibit No. | Description | Page No. |
|---|---|---|
| 1 | Excerpts from the Deposition of Barlean's 30(b)(6) witness John Puckett | 1 |
| 2 | Barlean's Third Supplemental Responses to Interrogatories 1, 5, and 7 of Plaintiffs' First Set of Interrogatories | 15 |
| 3 | Barlean's Virgin, Culinary, and Butter Flavored Coconut Oils Label and Packaging Proofs | 29 |
| 4 | BAR26867-68 | 51 |
| 5 | BAR53603-20 | 54 |
| 6 | BAR340 | 73 |
| 7 | BAR3090 | 75 |
| 8 | Excerpts from the Deposition of Collin Shanks | 77 |
| 9 | Excerpts from the Deposition of Michael Testone | 94 |
| 10 | Excerpts from the Deposition of Lamartine Pierre | 109 |

| | | |
|---|---|---|
| 11 | BAR19183-19184 | 122 |
| 12 | BAR3121 | 125 |
| 13 | BAR53783-53789 | 127 |
| 14 | Law Office of Paul K. Joseph Firm Resume | 135 |
| 15 | Law Office of Jack Fitzgerald Firm Resume | 139 |