1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10
11   | MICHAEL TESTONE, COLLIN
12   | SHANKS, and LAMARTINE PIERRE,
     | on behalf of themselves, all others
13   | similarly situated, and the general public,

14                                   Plaintiffs,

15   | v.

16   | BARLEAN'S ORGANIC OILS, LLC,

17                                   Defendant.

Case No.:  19-CV-169 JLS (BGS)

**ORDER GRANTING JOINT MOTION STIPULATING TO CONSIDERING PLAINTIFFS' CLASS CERTIFICATION FILING TIMELY**

(ECF No. 72)

18      Presently before the Court is the Parties' Joint Motion Stipulating to Considering

19   Plaintiffs' Class Certification Filing Timely ("Joint Mot.," ECF No. 72).  Due to technical

20   difficulties, counsel for Plaintiffs Michael Testone, Collin Shanks, and Lamartine Pierre

21   (collectively, "Plaintiffs") was unable to file their Motion for Class Certification (ECF No.

22   70) until March 2, 2021, one day after the deadline set by this Court.  Joint Mot. at 1.  Good

23   cause appearing, the Court **GRANTS** the Parties' Joint Motion and **DEEMS** the Motion

24   for Class Certification and all supporting documents timely filed.

25      **IT IS SO ORDERED.**

26   Dated:  March 4, 2021

27                                           Hon. Janis L. Sammartino
                                             United States District Judge
28

1