UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TESTONE, COLLIN SHANKS, and LAMARTINE PIERRE, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>BARLEAN'S ORGANIC OILS, LLC,<br><br>Defendant. | Case No.: 19-CV-169 JLS (BGS)<br><br>**ORDER GRANTING MOTION TO WITHDRAW ESTEVAN LUCERO AS ATTORNEY OF RECORD FOR PLAINTIFFS AND DISCHARGING APRIL 13, 2021 ORDER TO SHOW CAUSE**<br><br>(ECF Nos. 78, 79) |

On April 13, 2021, the Court ordered Plaintiffs Michael Testone, Collin Shanks, and Lamartine Pierre (collectively, "Plaintiffs") to show cause why Estevan R. Lucero should not be terminated as one of their attorneys of record. *See generally* ECF No. 78 ("OSC"). On April 16, 2021, Plaintiffs moved to withdraw Mr. Lucero as their attorney of record. *See generally* ECF No. 79 ("Mot."). Per the Motion, "Plaintiffs will continue to be represented by their remaining counsel of record." *Id.*

/ / /
/ / /
/ / /
/ / /

Good cause appearing, the Court **GRANTS** Plaintiffs' Motion and **DISCHARGES** the OSC. The Clerk of the Court **SHALL TERMINATE** Mr. Lucero as Plaintiffs' attorney of record.

**IT IS SO ORDERED.**

Dated: April 19, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge