UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael TESTONE, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> BARLEANS ORGANIC OILS, LLC, <br><br> Defendant. | Case No.: 19-cv-00169-JLS-BGS <br><br> **ORDER SETTING STATUS CONFERENCE** |

On July 22, 2021, Judge Skomal vacated the July 28, 2021 Status Conference and indicated that the parties were to contact Chambers within three days of a ruling on the Motion for Class Certification to set a further Status Conference to discuss expert discovery and the setting of additional dates. (ECF No. 95.) On September 28, 2021, Judge Sammartino issued an order granting Plaintiff's Motion for Class Certification. (ECF No. 98.) On October 1, 2021, the parties jointly contacted the Chambers of Judge Skomal to schedule a further Status Conference to discuss expert discovery and the setting of additional dates.

Accordingly, the Court sets a Status Conference for Wednesday, **October 6, 2021** at **1:00 PM**. Counsel for the parties are responsible for coordinating and initiating a JOINT call into chambers via (619) 557-2993 once all call participants are on the line.

**IT IS SO ORDERED**.

Dated: October 4, 2021

Hon. Bernard G. Skomal
United States Magistrate Judge