UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael TESTONE, *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>BARLEANS ORGANIC OILS, LLC,<br><br>                              Defendant. | Case No.: 19-cv-00169-JLS-BGS<br><br>**ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF MANDATORY SETTLEMENT CONFERENCE**<br><br>[ECF NO. 101] |

The parties' Joint Motion to Continue the October 21, 2021 Mandatory Settlement Conference ("MSC") is currently before the Court. (ECF No. 101.) The parties jointly requested that the MSC be continued because Defendant's Counsel is currently in trial in Los Angeles Superior Court and has already scheduled depositions for October 18th, 19th and 21st. (*Id.* at 2.) Defendant's Counsel represented that due to this, he is "unlikely to be able to consult with his client, prepare the settlement conference brief and adequately prepare for a meaningful settlement conference by October 21, 2021." (*Id.*) The parties indicated that this continuance will allow the parties to reevaluate their settlement positions and engage in further settlement discussions in advance of the MSC. (*Id.*)

Good cause appearing, the Joint Motion (ECF No. 101) is **GRANTED**. **IT IS HEREBY ORDERED** that the MSC is **CONTINUED** from October 21, 2021 to **November 17, 2021**, at **2:00 pm**. The conference will be held by **video conference**. Counsel shall lodge confidential settlement briefs directly with chambers by **November 3, 2021**. Instructions regarding the videoconference are included below.

1

**Zoom Video Conference Instructions:**

1. The Court will use its official Zoom video conferencing account to hold the ENE. IF YOU ARE UNFAMILIAR WITH ZOOM: Zoom is available on computers through a download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the installation of a free app.[1] Joining a Zoom conference does not require creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device). Participants are encouraged to create an account, install Zoom and familiarize themselves with Zoom in advance of the ENE.[2] There is a cost-free option for creating a Zoom account.

2. Prior to the start of the ENE, the Court will email counsel for each party an invitation to join a Zoom video conference that they must provide to participating client(s). The Court will send the invitation to the email addresses listed for counsel in the case docket. If counsel does not receive an invitation to join the Zoom video conference by **November 16, 2021**, please email chambers at **efile_skomal@casd.uscourts.gov**. Again, if possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance. Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation. Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding. Zoom may then prompt participants to enter the password included in the invitation.[3] All participants will be placed in a waiting room until the ENE begins.

---

[1] If possible, participants are encouraged to use laptops or desktop computers for the video conference, rather than mobile devices.

[2] For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started.

[3] A Meeting ID will also be included and may be used along with the password to access the conference if necessary.

3. Each participant should plan to join the Zoom video conference at least five minutes before the start of the ENE to ensure that the ENE begins promptly at 2:00 PM. The Zoom e-mail invitation may indicate an earlier start time, but the ENE will begin at the Court-scheduled time.

4. Zoom's functionalities will allow the Court to conduct the ENE as it ordinarily would conduct an in-person ENE. The Court may divide participants into separate, confidential sessions, which Zoom calls Breakout Rooms.[4] In a Breakout Room, the Court will be able to communicate with participants from a single party in confidence. Breakout Rooms will also allow parties and counsel to communicate confidentially without the Court.

5. All participants shall display the same level of professionalism during the ENE and be prepared to devote their full attention to the ENE as if they were attending in person, *i.e.*, cannot be driving while speaking to the Court. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the video conference.

Questions regarding this case or the mandatory guidelines set forth herein may be directed to Judge Skomal's research attorney at (619) 557-2993. Please consult Judge Skomal's rules, available on the Court's website, before contacting chambers with your questions.

**IT IS SO ORDERED**.

Dated:  October 18, 2021

Hon. Bernard G. Skomal
United States Magistrate Judge

---

[4] For more information on what to expect when participating in a Zoom Breakout Room, visit: https://support.zoom.us/hc/en-us/articles/115005769646