UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael TESTONE, *et al.*,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>BARLEANS ORGANIC OILS, LLC,<br><br>　　　　　　　　　　　Defendant. | Case No.: 19-cv-00169-JLS-BGS<br><br>**ORDER GRANTING JOINT MOTION TO EXCUSE APPEARANCE OF PLAINTIFF MICHAEL TESTONE AT MANDATORY SETTLEMENT CONFERENCE**<br><br>**[ECF No. 103]** |

　　　　On October 27, 2021, the parties filed a Joint Motion to Excuse Appearance of Plaintiff Michael Testone at the Mandatory Settlement Conference set for November 17, 2021. (*See* ECF Nos. 102, 103.)  The parties request the Court to excuse the personal participation of Plaintiff Michael Testone since he is unable to attend due to a previously scheduled business conference that he is required to attend for work.  (ECF No. 103 at 2.) The parties indicate that Plaintiffs Collin Shanks and LaMartine Pierre are still attending the Mandatory Settlement Conference and that Plaintiff Testone will be available telephonically should he be needed by Class Counsel during the settlement conference. (*Id.*)  The parties represent that Class Counsel will be in attendance with full authority to negotiate a settlement on behalf of the class.  (*Id.*)

　　　　Accordingly, the Joint Motion is **GRANTED**.  Plaintiff Michael Testone is excused from personal participation at the November 17, 2021 Mandatory Settlement Conference.

　　　　**IT IS SO ORDERED**.

Dated:  November 1, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　Hon. Bernard G. Skomal
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge