**FITZGERALD JOSEPH LLP**
JACK FITZGERALD (SBN 257370)
*jack@fitzgeraldjoseph.com*
PAUL K. JOSEPH (SBN 287057)
*paul@fitzgeraldjoseph.com*
MELANIE PERSINGER (SBN 275423)
*melanie@fitzgeraldjoseph.com*
TREVOR M. FLYNN (SBN 253362)
*trevor@fitzgeraldjoseph.com*
2341 Jefferson Street, Suite 200
San Diego, California 92110
Phone: (619) 215-1741

*Class Counsel*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TESTONE, COLLIN SHANKS, and LAMARTINE PIERRE, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>BARLEAN'S ORGANIC OILS, LLC<br><br>Defendant. | Case No: 19-cv-0169-JLS-BGS<br><br>**DECLARATION OF PAUL K. JOSEPH IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge:   Hon. Janis L. Sammartino<br>Date:    April 21, 2022<br>Time:    1:30 p.m.<br>Court:   4D – 4th Floor |

I, Paul K. Joseph, declare as follows:

1. I am a member in good standing of the State Bar of California and of the United States District Courts for the Northern, Central, Eastern, and Southern Districts of California. I make this Declaration based on my own personal knowledge in support of Plaintiffs' Motion for Partial Summary Judgment.

2. Attached hereto as **Exhibit 1** are true and correct copies of Barlean's 16 oz. Organic Virgin Coconut Oil labels used during the Class Period produced by Barlean's in a verified response to Plaintiff's Interrogatory No. 7.

3. Attached hereto as **Exhibit 2** are true and correct copies of Barlean's 32 oz. Organic Virgin Coconut Oil labels used during the Class Period produced by Barlean's in a verified response to Plaintiff's Interrogatory No. 7.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Barlean's 60 oz. Organic Virgin Coconut Oil label that was produced by Barlean's bearing Bates Number BAR008172.

5. Attached hereto as **Exhibit 4** are a true and correct copies of Barlean's 32 oz. Culinary Coconut Oil labels used during the Class Period produced by Barlean's in a verified response to Plaintiff's Interrogatory No. 7.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Barlean's 60 oz. Culinary (Gourmet) Coconut Oil label that was produced by Barlean's bearing Bates Number BAR027184.

7. Attached hereto as **Exhibit 6** are true and correct copies of Barlean's 16 oz. Butter Flavored Coconut Oil labels used during the Class Period produced by Barlean's in a verified response to Plaintiff's Interrogatory No. 7.

8. Attached hereto as **Exhibit 7** is a true and correct copy of Barlean's 32 oz. Butter Flavored Coconut Oil label used during the Class Period produced by Barlean's in a verified response to Plaintiff's Interrogatory No. 7.

9. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from

1

*Testone et al. v. Barlean's Organic Oils, LLC.,* Case No. 19-cv-0169 JLS BGS
DECLARATION OF PAUL K. JOSEPH IN SUPPORT OF PARTIAL SUMMARY JUDGMENT

Barlean's Supplemental Response to Plaintiffs' First Set of Interrogatories.

10. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts of the transcript of the December 19, 2019 deposition of defendant Barlean's Organic Oils, LLC, given through its designated corporate representative, former President and Chief Operating Officer John Thomas Puckett.

11. Attached hereto as **Exhibit 10** is a true and correct copy of a February 22, 2010 FDA Warning Letter to Spectrum Organic Products, Inc.

12. Attached hereto as **Exhibit 11** is a true and correct copy of a January 13, 2015, FDA Warning Letter to Carrington Farms.

13. Attached hereto as **Exhibit 12** is a true and correct copy of a August 12, 2014 FDA Warning Letter to Premier Organics, Inc.

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct to the best of my knowledge.

Executed this 14th day of December, 2021, in San Diego, California.

By: /s/ Paul K. Joseph
Paul K. Joseph

**Table of Contents for Exhibits**

| Ex. No. | Description | Page |
|---|---|---|
| 1 | Barlean's 16 oz. Organic Virgin Coconut Oil labels | 1 |
| 2 | Barlean's 32 oz. Organic Virgin Coconut Oil labels | 5 |
| 3 | Barlean's 60 oz. Organic Virgin Coconut Oil labels | 9 |
| 4 | Barlean's 32 oz. Culinary Coconut Oil labels | 11 |
| 5 | Barlean's 60 oz. Culinary (Gourmet) Coconut Oil label | 15 |
| 6 | Barlean's 16 oz. Butter Flavored Coconut Oil labels | 17 |
| 7 | Barlean's 32 oz. Butter Flavored Coconut Oil label | 21 |

*Testone et al. v. Barlean's Organic Oils, LLC.,* Case No. 19-cv-0169 JLS BGS
DECLARATION OF PAUL K. JOSEPH IN SUPPORT OF PARTIAL SUMMARY JUDGMENT

| 8 | Barlean's Supplemental Response to Plaintiffs' First Set of Interrogatories | 23 |
|---|---|---|
| 9 | Excerpts of Puckett 30(b)(6) Deposition | 53 |
| 10 | FDA Warning Letter to Spectrum Organic Products, Inc. | 66 |
| 11 | FDA Warning Letter to Carrington Farms | 71 |
| 12 | FDA Warning Letter to Premier Organics, Inc. | 78 |

3

*Testone et al. v. Barlean's Organic Oils, LLC.,* Case No. 19-cv-0169 JLS BGS
DECLARATION OF PAUL K. JOSEPH IN SUPPORT OF PARTIAL SUMMARY JUDGMENT