MILES D. SCULLY (SBN: 135853)
mscully@grsm.com
GABRIEL G. HEDRICK (SBN: 220649)
ghedrick@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7422
Facsimile: (619) 696-7124

Attorneys for Defendant
BARLEAN'S ORGANIC OILS, LLC

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TESTONE, COLLIN SHANKS, and LAMARTINE PIERRE, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>BARLEAN'S ORGANIC OILS, LLC,<br><br>Defendant. | Case No. 3:19-cv-00169-LL-BGS<br><br>CLASS ACTION<br><br>**DECLARATION OF GABRIEL G. HEDRICK IN SUPPORT OF DEFENDANT BARLEAN'S ORGANIC OILS, LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: N/A<br>Time: N/A<br>Judge: Hon. Linda Lopez<br>Ctrm: 2140 |

I, Gabriel G. Hedrick, declare:

1. I am an attorney duly licensed to practice before all Courts of the State of California and in this Federal District. I am of counsel with the law form of Gordon Rees Scully Mansukhani, LLP, attorneys of record for defendant Barlean's Organic Oils, LLC ("Defendant" or "Barlean's").

2. I have personal knowledge of the matters stated herein. If called to testify as to any of the facts stated herein, I could and would do so competently.

3. Attached hereto as Exhibit A is a true and correct copy of the February 10, 2022 expert report of Sarah Butler. To avoid overburdening the

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

Court with voluminous exhibits, Exhibits B through G of Ms. Butler's report are omitted.

4. Attached hereto as Exhibit B is a true and correct copy of the rebuttal expert report of Catherine Adams Hutt, Ph.D., R.D., C.F.S.

5. Attached hereto as Exhibit C is a true and correct copy of relevant portions of Barlean's Verified Fourth Supplemental Responses to Plaintiffs' First Set of Interrogatories.

6. Attached hereto as Exhibit D are true and correct copies of documents Bates stamped BAR052250 and BAR052251, which were produced as part of Barlean's Verified Fourth Supplemental Response to Plaintiffs' Interrogatory No. 7 (see Exhibit C hereto), and which represent Barlean's current coconut oil labels as of January 10, 2022.

7. Attached hereto as Exhibit E is a true and correct copy of relevant portions of Barlean's Verified Fifth Supplemental Responses to Plaintiffs' First Set of Interrogatories.

8. Attached hereto as Exhibit F is a true and correct copy of the February 11, 2022 expert report of J. Michael Dennis. To avoid overburdening the Court with voluminous exhibits, the attachments to Mr. Dennis' report have been omitted.

9. Attached hereto as Exhibit G is a true and correct copy of the February 11, 2022 expert report of Colin Weir. To avoid overburdening the Court with voluminous exhibits, the exhibits to Mr. Weir's report have been omitted.

///

///

///

///

///

///

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 17th day of March, 2022 at San Diego, California.

By: */s/ Gabriel G. Hedrick*
Gabriel G. Hedrick

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

## TABLE OF CONTENTS OF EXHIBITS


| Exhibit | Page |
|---|---|
| A | 5 |
| B | 56 |
| C | 104 |
| D | 109 |
| E | 112 |
| F | 117 |
| G | 144 |